Argued and submitted June 14, reversed July 5, 2001

STATE OF OREGON,
*Appellant,*

*v.*

HEATH HOOVER JACKSON,
*Respondent.*

C991444CR; A109766

27 P3d 166

Laura S. Anderson, Assistant Attorney General, argued the cause for appellant. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Erin Galli argued the cause for respondent. On the brief were Michael M. Watkins and Watkins & Bass.

Before Landau, Presiding Judge, and Deits, Chief Judge, and Brewer, Judge.

PER CURIAM

Reversed. *State v. Rumary*, 173 Or App 219, 21 P3d 166 (2001).